1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Miguel Nieves, | No. CV10-01150-PHX-ROS |
| Plaintiff, | |
| v. | ORDER |
| U.S. Collections West, Inc., | |
| Defendant. | |

The Court having considered the parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 17) is APPROVED, and this action is dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this 29th day of November, 2010.

Roslyn O. Silver
United States District Judge